UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

RICHARD MILLS,

                Plaintiff,

                                          ORDER
v.                                        07-CV-351A

SUPERINTENDENT T. POOLE, et al.,

                Defendants.

---

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B).  On November 5, 2007, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendants' motion to dismiss plaintiff's amended complaint be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendants' motion to dismiss plaintiff's amended complaint is denied.

        The case is referred back to Magistrate Judge McCarthy for further proceedings.

        SO ORDERED.

                                          s/ *Richard J. Arcar*a
                                          HONORABLE RICHARD J. ARCARA
                                          CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT

DATED: November 26, 2007